IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HASSEL, et al,

        Plaintiffs,                  No. CIV S-10-191 KJM P

    vs.

D.K. SISTO, et al.,

        Defendants.

_____/

J. OGO, et al.,

        Plaintiffs,                  No. CIV S-10-513 GGH P

    vs.

D.K. SISTO, et al.,

        Defendant.

_____/

RALPH BLASINGAME, et al.,

        Plaintiffs,                  No. CIV S-10-514 KJM P

    vs.

D.K. SISTO, et al.,                 RELATED CASE ORDER AND

        Defendants.           ORDER TO SHOW CAUSE

_____/

1

1    Examination of the above-entitled actions reveals that these actions are related

2    within the meaning of Local Rule 123(a).  The actions involve the same defendants and are

3    based on the same or similar claims, the same transactions or events, similar questions of fact

4    and the same question of law.  Accordingly, the assignment of the matters to the same judge is

5    likely to effect a substantial savings of judicial effort and is also likely to be convenient for the

6    parties.

7    The parties should be aware that relating the cases under Local Rule 123 merely

8    has the result that the actions are assigned to the same magistrate judge; no consolidation of the

9    actions is effected.  Under the regular practice of this court, related cases are generally assigned

10   to the magistrate judge to whom the first filed action was assigned.

11   Although relation does not equal consolidation, the identical nature of these

12   complaints suggests that consolidation would be appropriate.

13   IT IS THEREFORE ORDERED that:

14   1.  All further documents filed in CIV NO. S-10-513 GGH shall reference the

15   following case number:  CIV S-10-513 KJM.

16   2.  For all further proceedings, and any dates currently set in this reassigned case

17   only are hereby VACATED.

18   3.  The  Clerk of the Court is directed make appropriate adjustment in the

19   assignment of civil cases to compensate for this reassignment.

20   4.  Counsel for plaintiffs in CIV. NO. S-10-153 and CIV NO. S-10-154 show

21   cause within twenty-one days of the date of this order why these three actions should not be

22   consolidated.

23   DATED:  June 24, 2010.

24

25   2                                                   _____
                                                         U.S. MAGISTRATE JUDGE

26   hass0191+.relate

2